ALLAN B. GELBARD, ESQ.
THE LAW OFFICES OF ALLAN B. GELBARD
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971

Attorney for Plaintiff
The Stockroom, Inc.

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>　　　　Plaintiff<br><br>vs.<br><br>LESLIE RYAN, and DOES 1-20, INCLUSIVE,<br><br>　　　　Defendants | **CASE NO: CV 08-05917VBF(JTLx)**<br><br>**ORDER ON STIPULATION FOR PERMANENT INJUNCTION** |

## ORDER

Pursuant to the Stipulation of the Parties; the Court hereby ORDERS:

1)　　That the Defendant and her agents, servants, employees, attorneys, successors and assigns, and all those acting in concert or participation with them, are Permanently Enjoined from:

A)　　Copying, causing to be copied, and or disseminating to any third person and/or entity any copy, in whole or in part, of Stockroom's Affiliate Data file; and,

B)  Erasing, deleting, altering or destroying any documents, electronic files or business records that pertain to Stockroom's Affiliate Data files, including any and all electronic communications regarding said data, other than as expressly authorised by Plaintiff, in writing, prior to any such deletion, alteration and/or destruction; and,

C)  Failing to completely and accurately identify and return to Stockroom any and all copies of Stockroom's Affiliate Data files in Ryan's possession or under her control including but not limited to any that have been placed on any and all on-line data storage service providers; and,

D)  Failing to completely and accurately identify each and every third party to whom Ryan has provided copies of Stockroom's Affiliate Data file and/or information pertaining to Ryan's access thereto; and,

E)  Allowing Internet connectivity to any computer in Defendant's possession or under her control, on which is stored any copies of Plaintiff's Affiliate Data file or portions thereof unless and until such data is permanently removed from said computer.

**IT IS SO ORDERED**

Dated October 28, 2008 at 8:00 p.m.

*Valerie Baker Fairbank*
UNITED STATES DISTRICT COURT JUDGE