1
ALLAN B. GELBARD, ESQ.                                    JS-6
THE LAW OFFICES OF ALLAN B. GELBARD
2
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
3
Tel:(818)386-9200
Fax:(818)386-9289
4
Bar # 184971

5
Attorney for Plaintiff
The Stockroom, Inc.
6

7

8
# UNITED STATES DISTRICT COURT FOR THE

9
# CENTRAL DISTRICT OF CALIFORNIA

10

11
THE STOCKROOM, INC., a California          **CASE NO: CV 08-05917VBF(JTLx)**
corporation,
12
                  Plaintiff
13
                                                              **ORDER DISMISSING ACTION**
vs.
14

15
LESLIE RYAN, and DOES 1-20,
INCLUSIVE,
16
                  Defendants
17

18

19
        Upon Plaintiff's request, IT IS HEREBY ORDERED that this Action is Dismissed, without
20
prejudice.
21

22
Dated this ___3___ Day of __November__, 2008
23

24
                                        _Valerie Baker Fairbank_
25
                                        United States District Court Judge
26

27

28

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289